IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 23 2016

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    No. CR 15-4274 JB

MARCO HOLGUIN,

    Defendant.

### ORDER CONTINUING TRIAL AND EXTENDING MOTION DEADLINE

This matter came before this Court on the Unopposed Motion of Marco Holguin to Continue Trial and Extend Motion Deadline (Doc. 16), the Court, having been fully advised of the circumstances and noting that the government does not oppose this motion, finds that the ends of justice would best be served by granting the motion, as the parties' interest in completing plea negotiations and, should plea negotiations fail, in having adequate time to engage in motion practice and prepare for trial outweighs the interest of the public and Mr. Holguin in a speedy trial.

The motion is granted. The trial currently scheduled for January 19, 2016, is continued until Jan 25, 2016 @ 9:00 a.m. (trailing docket). Motions are due Jan. 15, 2016.

_____
UNITED STATES DISTRICT JUDGE

After weighing the best interests of the public and of the Defendant with the ends of justice, the Court finds that granting a continuance will strike a proper balance between the ends of justice and the best interests of the public and of the Defendant for the reasons stated in the motion requesting a continuance, filed January 13, 2016 (Doc. 16). Specifically, the Defendant's need to complete plea negotiations outweighs the Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7). The Court will set the trial for Jan. 25, 2016. The pretrial motion deadline is Jan. 15, 2016. This 6 day continuance is sufficient, without being greater than necessary, for the Defendant to complete the tasks set forth in the motion to continue. If the Defs nd of more addtl tm, he nds to justify, in detail, each addtl day sght.

The Ct is not convncd, on the littl rcrd befor the Ct, tht it shld cont the tr'l 30 dys.

1/18/16    1/23/16