# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

**Petition for Revocation of Supervised Release**

| | |
|---|---|
| Name of Offender: | Marco Holguin |
| Docket Number: | 1084 1:15CR04274 -001JB |
| Assigned Judge: | Honorable James O. Browning, United States District Judge |
| Date of Original Sentence: | 2016-06-01 |
| Original Offense: | 21 U.S.C. 841(a)(1): Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine |
| Original Sentence: | BOP: 60 Months; TSR: 4 Months |
| Date Supervision Recommenced: | 12/30/2021 |
| Date Supervision Expires: | 12/29/2024 |
| Other Court Action: | 02/25/2020: A Request for Modifying the Conditions with the Consent of the Offender was filed. Modification included the RRC condition be removed to allow him to reside with his mother upon release from the BOP. The Court agreed. |
| | 04/15/2021: Report on Offender Under Supervision was filed after the offender provided a positive urine sample for opiates. The offender admitted to abusing heroin. This was his first positive urine sample. No court action recommended, and the Court agreed. |
| | 05/11/2021: A Petition for Revocation of Supervised Release with a summons was filed due to the offender altering/tampering with his urine sample. The offender admitted to abusing heroin and marijuana. On May 26, 2021, the Court approved a summons and initial court proceedings were set for June 24, 2021. An Amended Petition for Revocation of Supervised Release was filed after the offender altered/tampered with his urine sample on May 27, 2021. On October 29, 2021, the offender's supervision was revoked and he was sentenced to five months in the custody of the Bureau of Prisons with 36-months of TSR to follow. |

## PETITIONING THE COURT

To issue a summons.

U.S. Probation Officer of the Court, Karina L Villalobos, alleges the offender has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| SPC | You must reside in a residential reentry center for a term of six months. You must follow the rules and regulations of the center. |
| | On January 31, 2022, the offender was placed on a Zero Tolerance Contract at Diersen Charities Residential Reentry Center (RRC) in Albuquerque, New Mexico, after failing to follow the rules and regulations of the program. |
| | On March 23, 2022, this officer received notification from the assistant director at the RRC advising the offender was unsuccessfully terminated from the RRC for violating the Zero Tolerance Contract by continuous violations of the rules and regulations of the program. |

The maximum statutory penalty: 3 Years imprisonment; 5 Years supervised release. Underlying Offense is a Class B Felony.

The revocation range of imprisonment: 4 to 10 months. Criminal History Category II. Grade C Violation.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 03/29/2022.

Submitted:                                    Approved:                         ☒ Phone Approval

*[signature: KLV]*

Karina L Villalobos                           Shana B. Long
U.S. Probation Officer                        (505) 224-1463
Cell #: 505-508-9334                          Assistant U.S. Attorney

                                              Date: 03/29/2022