IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cr-04274-JB |
| | ) | |
| MARCO HOLGUIN, | ) | |
| | ) | |
| Defendant. | ) | |

**SECOND UNOPPOSED MOTION TO CONTINUE DUE TO UNAVAILABILITY OF COUNSEL OR IN THE ALTERNATIVE TO ALLOW COUNSEL TO APPEAR REMOTELY**

Mr. Holguin by and through counsel hereby moves to continue the Final Revocation Hearing set for February 3, 2023 due to unavailability of defense counsel. In support of this motion the following is offered:

1. Counsel for Mr. Holguin is also counsel in a civil matter in State Court, D-202-CV-2020-00253. Counsel represents Plaintiff in that matter.

2. Defense counsel has noticed Plaintiff's retained expert Dr. Michael Rupp for an in person deposition in Phoenix, Arizona for February 2, 2023.

3. Counsel is defending this deposition in person on February 2, 2023.

4. Counsel is also counsel for a civil matter in Texas and is required to attend several meetings in Dallas and the surrounding areas on February 3, 4 and 5.

5. Counsel is not available for an in person hearing on February 3, 2023.

6. Counsel for the United States, Shana Long, and United States Probation Officer, Karina Villalobos have both been contacted for their position on this motion. Neither of them oppose a continuance of the February 3, 2023 final revocation hearing.

7. In the alternative counsel would request permission to appear at the final revocation hearing scheduled on February 3, 2023 via Zoom.

Wherefore, Mr. Holguin prays that this Court grant the unopposed motion for continuance in this matter due to unavailability of counsel.

        Respectfully Submitted,

        */s/ Todd J. Bullion*
        Todd J. Bullion
        Law Office of Todd J. Bullion
        4811 Hardware Drive NE
        Bldg D, Suite 5
        Albuquerque, NM 87109
        (505) 452-7674
        todd@bullionlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2023, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

*s/ Todd J. Bullion*
Todd J. Bullion